**Nazir CHAUDHARY; Dogwood Realty, Incorporated, Plaintiffs— Appellants,**

v.

**Carolynne H. STEVENS, Individually and in her official capacity; Angela Rogers–Reaves, Individually and in her official capacity; Denyce Bonaparte, Individually and in her official capacity; Commonwealth of Virginia, Defendants—Appellees.**

No. 05–2123.

United States Court of Appeals, Fourth Circuit.

Submitted April 26, 2006.

Decided May 24, 2006.

Thomas H. Roberts, Thomas H. Roberts & Associates, P.C., Richmond, Virginia, for Appellants. Judith Williams Jagdmann, Attorney General of Virginia, William E. Thro, State Solicitor General, David E.

Johnson, Deputy Attorney General, Kim F. Piner, Senior Assistant Attorney General, Allen T. Wilson, Special Counsel, Richmond, Virginia, for Appellees.

Before LUTTIG* and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nazir Chaudhary and Dogwood Realty appeal the district court's order accepting the recommendation of the magistrate judge, denying their motion to remand and granting defendants' motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Chaudhary v. Stevens,* No. CA–05–382–3 (E.D.Va. Sept. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* Judge Luttig was a member of the original panel but did not participate in this decision.

The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).